UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALEIXI RODRIGUEZ ESTEVEZ,
Petitioner,

v.

CHRISTOPHER J. LAROSE,
Respondent.

Case No.: 3:26-cv-1038-CAB-SBC

**ORDER DENYING MOTION FOR CUSTODY REVIEW**

[Doc. No. 12]

In response to his petition for a writ of habeas corpus, the Court ordered that Petitioner receive a bond hearing due to his prolonged detention. [Doc. No. 5.] Petitioner received a bond hearing on April 20, 2026; the immigration judge ("IJ") denied bond due to a risk of flight and Petitioner reserved appeal with the Board of Immigration Appeals ("BIA"). [Doc. No. 10.]

Petitioner has now moved the Court for an updated custody determination because while he did not have a sponsor and release plan at the time of his bond hearing, he now does. [Doc. No. 12.] As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA. This short cut was improper. [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

The Court therefore **DENIES** Petitioner's motion for an updated custody determination.

It is **SO ORDERED**.

Dated: August 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge